IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ELIZABETH HUDSON,

    Plaintiff,

vs.                                   CASE NO.: 1:10-CV-85-SPM/AK

FLORIDA COMBINED LIFE
INSURANCE COMPANY,

    Defendant.
_____/

## ORDER OF DISMISSAL

THIS CAUSE comes before the Court upon the Plaintiff's Notice of Voluntary Dismissal With Prejudice (doc. 11). Pursuant to Northern District of Florida Local Rule 16.2(D), it is hereby ORDERED AND ADJUDGED:

1.     This case is hereby ***dismissed with prejudice***.

2.     The Court shall retain jurisdiction for a period of 60 days, during which time any party may move to reopen for good cause shown.

DONE AND ORDERED this <u>second</u> day of August, 2010.

                                          *s/ Stephan P. Mickle*
                                          Stephan P. Mickle
                                          Chief United States District Judge